**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfredo PEREZ, Defendant–Appellant.**

**No. 10–10781
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 31, 2010.

Terry Flynn, Thomas F. Kirwin, E. Bryan Wilson, U.S. Attorney's Office, Tal-

---

lahassee, FL, Gregory Patrick McMahon, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender Office, Tallahassee, FL, for Defendant–Appellant.

Alfredo Perez, McRae, GA, pro se.

Before EDMONDSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Alfredo Perez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Perez's conviction and sentence are **AFFIRMED.**